UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **FRANK D. VINSON,** | ) | **CASE NO. 5:09CV505** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **MARGARET BEIGHTLER,** | ) | |
| Warden, | ) | **ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by Frank D. Vinson ("Petitioner"), pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

On April 29, 2009, this case was automatically referred to Magistrate Judge Nancy A. Vecchiarelli for preparation of a Report and Recommendation, pursuant to 28 U.S.C. § 636 and LR 72.1. (Dkt. # 7). On October 30, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that the Court deny the instant petition because the first two grounds did not show that the state court's decision was "contrary to or an unreasonable application of" clearly established federal law, and because the third ground was procedurally defaulted. (Dkt. # 13).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a

1

duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Vecchiarelli (Dkt. # 13) is hereby **ADOPTED**.  Petitioner's Habeas Corpus Petition is **DENIED** and the case is **DISMISSED** in its entirety with prejudice.  (Dkt. # 1).

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – November 16, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**